**Other Orders/Judgments**
1:06-cv-01336-OWW (2255-1:03-cr-5131-OWW) Madera v. USA **CASE CLOSED on 10/04/2006**

Preview document: **Judgment (Court)**

Next

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**EDWIN MADERA,**

v.

**USA,**

JUDGMENT IN A CIVIL CASE

CASE NO: 1:06-CV-01336-OWW

*1:03-CR-5131 REC*

**XX -- Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 10/3/06**

10/4/2006

**Victoria C. Minor**
Clerk of Court

ENTERED: **October 4, 2006**

by:   /s/ M. Rooney

Deputy Clerk

Next